# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GREGORIO SEGURA-MARTINEZ, | § | |
| #68659-180 | § | |
| | § | Civil Action No. 4:23-cv-00824 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #14), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that Movant's claims and lawsuit against Defendant be dismissed with prejudice. Movant filed objections. (Dkt. #15).

The Court has reviewed the tendered objections, and they generally add nothing to Movant's prior contentions. Despite his arguments, Movant fails to show that the Report is in error or that he is entitled to relief. Having made a *de novo* review of the portions of the Report to which Movant objected, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 21st day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE